IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                      **CASE NO. 3:21-CR-00014-BSM**

**LORD JUDAH AL-BARR**                                             **DEFENDANT**

## **ORDER**

Lord Judah Al-Barr's pro se motion to vacate, set aside, or correct his sentence pursuant to 28 United States Code section 2255 [Doc. No. 55] is denied.

Al-Barr pled guilty to being a felon in possession of a firearm and was sentenced to 46 months' imprisonment—a low end of the guidelines sentence. Doc. No. 43. In support of his motion, Al-Barr argues that (1) the law prohibiting felons from possessing firearms is unconstitutional as applied to him and (2) the Bureau of Prisons ("BOP") has not applied his time-served credits properly.

First, the law prohibiting Al-Barr from possessing a firearm is constitutional. *See United States v. Jackson*, 110 F.4th 1120, 1125–29 (8th Cir. 2024); *see also* Indictment, Doc. No. 1 (previous felony convictions for (1) two counts of robbery, (2) possession of cocaine, and (3) simultaneous possession of cocaine and a firearm after a felony conviction).

Second, as held previously, *see* Doc. No. 48, the BOP has applied Al-Barr's time-served credits properly because he received credit on his state sentence for the same period of time that he is seeking credit for his federal sentence. Additionally, I lack authority to award time-served credit because that authority rests with the Attorney General, acting

through the BOP.  *See United States v. Wilson*, 503 U.S. 329, 333–36 (1992).

There is no need to conduct an evidentiary hearing because the record conclusively shows that Al-Barr is not entitled to relief.  *See Roundtree v. United States*, 751 F.3d 923, 925 (8th Cir. 2014).  Further, no certificate of appealability is issued because Al-Barr has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 20th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE